*Stephen J. O'Neill,* assistant attorney general, for the appellee (state).

*Robert B. Snow, Jr.,* for the appellant (plaintiff).

Argued June 6—decided June 6, 1967

### ELISE K. COTY *v.* YVES M. COTY

The motion by the plaintiff to dismiss the appeal from the Superior Court in New Haven County is granted.

*R. William Bohonnon,* for the appellee (plaintiff).

*Robert B. Snow, Jr.,* for the appellant (defendant).

Argued June 6—decided June 6, 1967

### LAETITIA N. CORBIN *v.* HOWARD J. CORBIN

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*John N. Cole,* for the appellee (defendant).

*Alan H. Nevas,* for the appellant (plaintiff).

Argued June 6—decided June 6, 1967

### THERESE DUBLE ET AL. *v.* FRANCIS J. PERNA

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*John F. Lambert,* for the appellees (plaintiffs).

*Rocco R. P. Perna,* for the appellant (defendant).

Argued June 6—decided June 6, 1967